Jimmy Dale HUTTO,
Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 74–3215.

United States Court of Appeals,
Fifth Circuit.

April 11, 1975.

David H. Berg, Houston, Tex., for petitioner-appellant.

Anthony J. P. Farris, U. S. Atty., Mary L. Sinderson, Asst. U. S. Atty., Houston, Tex., for respondent-appellee.

Before WISDOM, BELL and CLARK, Circuit Judges.

ON PETITION FOR REHEARING

PER CURIAM:

The opinion of this court dated March 7, 1975, 509 F.2d 132, does not expressly or impliedly grant *in forma pauperis* status to Petitioner-Appellant, nor does it expressly or impliedly interdict the statutory power of the clerk of the district court to require the payment of a filing fee in the civil proceeding which Petitioner-Appellant desires to commence. The cause should have been treated as a civil action initially. It should be so treated now, but no differently from any other civil action. Either the proper fees should be paid or *in forma pauperis* status must be established according to law.

It is ordered that the petition for rehearing filed in the above entitled and numbered cause be and the same is hereby denied.